**Fill in this information to identify the case:**

Debtor name **Synergy HDD, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  **21-12518**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 8, 2021**          X /s/ Dustin Wheeler
                                          Signature of individual signing on behalf of debtor

                                          **Dustin Wheeler**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Synergy HDD, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  **21-12518**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

**Part 1:**  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $    **16,342,148.88**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $    **16,342,148.88**

**Part 2:**  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **10,294,280.52**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................    $    **694,620.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$    **6,206,083.63**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b      $    **17,194,984.15**

**Fill in this information to identify the case:**

Debtor name **Synergy HDD, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **21-12518**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | First Pryority | Checking-Operating | 3874 | $74,467.77 |
| 3.2. | First Priority | Reserve | 3903 | $462,064.61 |
| 3.3. | Bank of Commerce | Checking-Operating | 7586 | $88,550.59 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $625,082.97

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Tesrec Rental | $40,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Synergy HDD, Inc.**
Name

Case number *(If known)*  **21-12518**

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$40,000.00** |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:

| **5,655,735.49** | - | **0.00** | = .... | **$5,655,735.49** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| **2,570,024.11** | - | **0.00** | =.... | **$2,570,024.11** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$8,225,759.60** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    **Synergy HDD, Inc.**                                    Case number *(If known)*  **21-12518**
          Name

| | | | | |
|---|---|---|---|---|
| Desks and chairs | $0.00 | Recent cost | | $5,294.30 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| Computers and related equipment | $0.00 | Recent cost | | $18,267.23 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                    **$23,561.53**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1.  **See attached** | $0.00 | | | $7,222,544.78 |

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.                    **$7,222,544.78**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Synergy HDD, Inc.**
Name                                          Case number *(if known)*  **21-12518**

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites synergyunderground.net | $0.00 | | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill Goodwill | $0.00 | | $205,200.00 |

| | |
|---|---|
| 66. **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$205,200.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

| Debtor | Synergy HDD, Inc. | Case number (If known) | 21-12518 |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $625,082.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,225,759.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $23,561.53 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,222,544.78 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $205,200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,342,148.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,342,148.88 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

SCHEDULE A/B ATTACHMENT FOR LINE 49

| Item # | Make | Year | Model | Serial number/ID number | Estimated Value |
|---|---|---|---|---|---|
| TT1 | VERMEER | 2019 | T755 TRENCHER | CP2444-13-00229 | $700,000.00 FPB |
| TT2 | VERMEER | 2019 | T655 TRENCHER | CP2444-19-00057 | $683,500.00 FPB |
| HDD5 | DITCH WITCH | 2019 | AT40 | DWPAT40XAL000014 | $460,000.00 FPB |
| HDD1 | VERMEER | 2013 | 100X140 | 1VRB31076D100135 | $450,000.00 FPB |
| HDD2 | VERMEER | 2019 | 40X55DR | 1VR3240M4K1000159 | $435,913.88 FPB |
| TT3 | INNERDRAIN | 2006 | 6050HT TRENCHER | D07041 | $375,000.00 FPB |
| HDD4 | DITCH WITCH | 2014 | JT60 | CMWJT60XJE000001 | $300,000.00 FPB |
| HDD3 | VERMEER | 2016 | 40X55 | 135 | $260,000.00 FPB |
| HDD6 | VERMEER | 2012 | 36X50 | 1VR4230D6C1002043 | $170,000.00 FPB |
| EX4 | KOMATSU | 2018 | PC170 | | $145,000.00 KOMATSU |
| BD1 | CATAPILLER | 2009 | D6N | CAT00D6NCMLWOO647 | $79,500.00 FPB |
| RCTK1 | 2000 FORD 750 | 2000 | RECLAIMER TRUCK | 3FDXF7549YMA17174 | $65,000.00 FPB |
| BH1 | JOHN DEERE | 2016 | 310 | XL | $64,000.00 FPB |
| EX1 | KOMATSU | 2014 | PC88 MINI EX | | $55,000.00 FPB |
| EX3 | KOMATSU | 2014 | PC88 MINI EX | | $55,000.00 FPB |
| EX2 | KOMATSU | 2010 | PC160 | | $50,000.00 FPB |
| HT3 | 1999 PETERBUILT | 1999 | 379 PETE | 1XP5DB9XXXD478871 | $50,000.00 FPB |
| MXTK1 | 1993 PETERBUILD | 1993 | 379 | 1XP5DB9XXPD330588 | $50,000.00 FPB |
| RT4 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 001 | $50,000.00 FPB |
| RT5 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 002 | $50,000.00 FPB |
| RT6 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 003 | $50,000.00 FPB |
| RT7 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 004 | $50,000.00 FPB |
| RT8 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 005 | $50,000.00 FPB |
| RT9 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 006 | $50,000.00 |
| RT10 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 007 | $50,000.00 |
| RT11 | 2020-SYNERGY BUILT | 2020 | LOW PRO 5 REEL TRAILER | REEL WAGON 008 | $50,000.00 |
| RTLR1 | SHBO | 2018 | MCS325 | 1T9C4222071649078 | $50,000.00 FPB |
| VTLR2 | DITCH WITCH | 2019 | HX-30 800GL VAC W/VT-24 | 1DST722M3K1702164 | $47,727.88 |
| MG1 | JOHN DEERE | 2010 | 870G | DW870DX611051 | $47,500.00 FPB |
| HT5 | 1993 PTRB | 1993 | HAUL TRUCK | 1XP5DB9X3PD325331 | $45,000.00 FPB |
| MXTK2 | 1991 PETERBUILT | 1991 | 377 | 1XPCDR9XXMN311092 | $45,000.00 FPB |
| PK10 | 2019 FORD | 2019 | 350 | 1FD8W3HT0KED42535 | $45,000.00 FPB |
| PK11 | 2019 FORD | 2019 | 350 | 1FD8W3HT3KED42299 | $45,000.00 FPB |
| PK9 | 2019 FORD | 2019 | 350 | 1FD8W3HT5KED42322 | $45,000.00 FPB |
| JT60 | DITCH WITCH | | 42 PCS 360FT OF JT60 STEM AND BOX | | $42,400.00 |
| MXTK4 | 2012 VOLVO | 2012 | SINGLE | 4V4M19DF3CN550662 | $42,000.00 FPB |
| MXTK6 | 1993 BMY | 1993 | MILITARY 6X6 | | $40,000.00 |
| SL1 | TAKEUCHI | 2019 | TL8 WITH ENCLOSED CAB HEAT &A/C | 200805014 | $40,000.00 ARVEST |
| MKT2 | 2006 STERLING | 2006 | SERVICE TRK | 2FZACFDC46AV73759 | $38,000.00 FPB |
| PK4 | 2019 CHEVY | 2019 | 3500 | 1GB5KVCG4KF103380 | $36,000.00 FPB |
| HTRL3 | XL110 | 2006 | HAUL TRL | 4U3J0533861006374 | $35,000.00 FPB |
| MXTK3 | 2005 FREIGHTLINER | 2005 | COLUMBIA | 1FVHA6CV459N30082 | $35,000.00 FPB |
| MXTK5 | 1999 MACK | 1999 | T600 | 1M1AA14Y3XW117778 | $35,000.00 |
| PHTK2 | 2002 INTERNATIONAL | 2002 | TANDEM AXLE POT HOLE TRUCK | 1HTWHADT02J042410 | $35,000.00 FPB |
| VTLR1 | VAC TRON | 2015 | 800GL | 5HZBF1922ELHE2178 | $35,000.00 FPB |
| WT1 | 1997 PETERBUILT | 1997 | 357 | 1XPADB0X5VN433176 | $34,500.00 FPB |
| | Fusing Machine | | Fusing Machine | | $33,464.90 |
| MM3 | ADTEC | 2021 | HIGH FLOW MUD MOTOR | | $32,000.00 |
| PK18 | 2015 CHEVROLET | 2015 | 3500HD | 1GB4KYCG6FF546833 | $32,000.00 FPB |
| | Survey Equipment | | Survey Equip | | $30,438.00 |
| PK13 | 2018 CHEVY | 2018 | 3500 | 1GC4KYCY8JF220433 | $30,000.00 FPB |
| RTLR2 | SHBO | 2015 | 4000 GALLON RECLAIMER TRL | 9801725118 | $30,000.00 FPB |
| VTK2 | 1985 PETERBUILT | 1985 | 4000GL VAC | 1XP4L59X2GP198375 | $30,000.00 FPB |
| WT2 | 2003 MACK | 2003 | CH600 | 1M1AA13YX3W150613 | $30,000.00 FPB |
| DC1 | VERMEER | | T755 DIRT CHAIN WITH TEETH | | $27,870.10 FPB |
| DC2 | VERMEER | | T655 DIRT CHAIN WITH TEETH | | $27,870.10 FPB |
| EL9 | MAG8PACK | 2021 | LOCATOR PACKAGE | 2041-06727 | $25,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| PK17 | 2015 CHEVROLET | 2015 | 3500HD | 1GB4KCG4FF550105 | $25,000.00 FPB |
| DC3 | INNER DRAIN | | 6050 DIRT CHAIN WITH TEETH | | $24,560.00 FPB |
| FM2 | MCELROY | | MCEROY TRACSTAR FUSING MACHINE | | $24,200.00 |
| CLB | PORT INDUSTRIES | | CABLE LAY BOX FOR ONE PASS SYSTEM | | $24,000.00 |
| PT5 | INTERSTATE | | PINTEL (DRILL TRL)AIR BRAKE | 1JKDLA407LM018004 | $22,500.00 |
| 40X55 | VERMEER | | 550FT  OF STEM AND BOX | | $22,000.00 |
| BR14 | SDT | | 30IN ROLLER CONE ROCK REAMER | | $22,000.00 |
| HT4 | 2015 VOLVO | 2015 | TRACTOR | 4V4MC9EH0FN180933 | $22,000.00 FPB |
| BR13 | SDT | | 30IN STACK PLATE | | $20,000.00 |
| VTK1 | 1991 INTERNATIONAL | 1991 | 9400 I | 2HSFHLKR9MC052037 | $20,000.00 FPB |
| WT3 | 1983 AMERICAN GENERAL | 1983 | MILITARY 6X6 | 52500144 | $20,000.00 |
| WT4 | 1991 BMY | 1991 | MILITARY 6X6 | 3102046 | $20,000.00 |
| MM1 | ADTEC | | LOW FLOW MUD MOTOR | | $19,000.00 |
| MM4 | ADTEC | | LOW FLOW MUD MOTOR | | $19,000.00 |
| MP | KERR | | 40X55 MUD PUMP SPARE | | $19,000.00 |
| PT4 | INTERSTATE | | PINTEL (DRILL TRL) ELEC BRAKE | 1JKDLE303JM016255 | $18,950.00 FPB |
| BR19 | SDT | | 24IN ROLLER CONE ROCK REAMER | | $18,000.00 |
| BR20 | SDT | | 24IN ROLLER CONE ROCK REAMER | | $18,000.00 |
| BR6 | SDT | | 36IN STACK PLATE | | $18,000.00 |
| CLB1 | SYNERGY BUILT | | CABLE LAY BOX FOR ONE PASS SYSTEM | | $18,000.00 |
| CLB2 | SYNERGY BUILT | | CABLE LAY BOX FOR ONE PASS SYSTEM | | $18,000.00 |
| TP3 | GOODWIN | | 6IN GOODWIN DIESEL PUMP | 1061421-1 | $16,950.00 |
| BR10 | SDT | | 20IN STACK PLATE | | $15,000.00 |
| HTRL4 | VIKING | | HAUL TRL | 1V9CR46337N062226 | $15,000.00 FPB |
| PHTK1 | 2006 STERLING | | SINGLE  AXLE POT HOLE TRUCK | 2FZAATDC76AU28560 | $15,000.00 FPB |
| SHOP | MISC SHOP | | | | $15,000.00 |
| SUB | MISC SUBS | | 34 SUBS | | $15,000.00 |
| | Drill Bit | | PDC Bit | | $14,700.00 |
| BR18 | SDT | | 18IN ROLLER CONE ROCK REAMER | | $14,000.00 |
| BR37 | SDT | | 60IN BARREL REAMER | | $13,245.00 |
| BR1 | VERMEER | | 24IN FLUTED REAMER | | $12,500.00 |
| OT1 | OFFICE TRAILER | | 30FT OFFICE TRAILER | | $12,500.00 |
| BR43 | SDT | | 24IN MIXMASTER | | $12,235.97 |
| BR24 | SDT | | 16IN ROLLER CONE ROCK REAMER | | $12,000.00 |
| CTK2 | 2006 FREIGHTLINER | | Century | 1FUJA6CV06LU50758 | $12,000.00 FPB |
| ATV1 | KUBOTA | | SIDE BY SIDE | | $12,000.00 KUBOTA |
| ATV2 | KUBOTA | | SIDE BY SIDE | | $12,000.00 KUBOTA |
| HTRL2 | HOLDEN | | HAUL TRL | | $12,000.00 |
| PHS | VERMEER/RAINMAKER | | 46 (6,8,10) POLY PULL HEADS | | $11,550.00 |
| MTK1 | 2005 FORD | | F550 | 1FDAF57PX5EB57074 | $10,000.00 FPB |
| TP1 | ALL | | 12 MISC TRASH PUMPS | | $10,000.00 |
| BR42 | SDT | | 15IN 5 CONE TCI ROLLER CONE | | $9,733.00 |
| PK20 | 2011 CHEVY | | 2500 | 1GC1KVCG4BF237465 | $9,500.00 |
| PK21 | 2009 CHEVY | | 2500 | 1GCHK73K79F110024 | $9,500.00 FPB |
| DH8 | VERMEER | | RAIL HEAD/SONDE HOUSING | 80X100 | $9,000.00 |
| BR39 | SDT | | 12IN TCI HOLE OPENER | | $8,984.03 |
| BR2 | VERMEER | | 20IN REAMER FLUTED W/SWIVEL | | $8,600.00 |
| DH10 | DITCH WITCH | | ROCKMASTER HOUSING | AT40 | $8,540.09 |
| PT1 | INTERSTATE | | PINTEL (DRILL TRL)AIR BRAKE | 1JKDLA4064M004709 | $8,500.00 FPB |
| RT3 | ROOSE REEL | | 1 REEL | 595YC1111KM000047 | $8,500.00 |
| BR11 | SDT | | 18IN STACK PLATE | | $8,000.00 |
| BR15 | SDT | | 12IN ROLLER CONE ROCK REAMER | | $8,000.00 |
| BR16 | SDT | | 12IN ROLLER CONE ROCK REAMER | | $8,000.00 |
| BR17 | SDT | | 12IN ROLLER CONE ROCK REAMER | | $8,000.00 |
| DH6 | VERMEER | | RAIL HEAD/SONDE HOUSING | VD100X120 | $8,000.00 |
| GN1 | BIG TEX | | 22GN-40BK | 16VGX4024C2630779 | $8,000.00 FPB |
| PDC8 | VERMEER | | 6.5 PDC BIT | | $7,624.12 |
| LL1 | METROTECH | | LINE LOCATOR 810DX | | $7,500.00 |

| Code | Make | Description | Serial | Value |
|------|------|-------------|--------|-------|
| MKT3 | 2012 INTERNATIONAL | TERRA STAR SERVICE TRUCK | IHTJSSKK0CJ608675 | $7,500.00 |
| PDC2 | VERMEER | 6.5 PDC BIT | | $7,500.00 |
| PDC5 | SDT | 6.5 PDC BIT | | $7,500.00 |
| DFT4 | DIGITRAK | F5D 19/12 | 30098572 | $7,000.00 |
| PDC1 | VERMEER | 5.5 PDC BIT | | $6,843.38 |
| PDC4 | SDT | 5.5 PDC BIT | | $6,639.70 |
| FL1 | HYSTER | FORK LIFT DIESEL | D177G20098S | $6,500.00 |
| PK22 | 2009 CHEVY | 1500 | 3GCEK23309G159997 | $6,500.00 FPB |
| PK22 | 2006 FORD | | | $6,500.00 |
| BR41 | SDT | 12IN 4 CONE TCI ROLLER CONE | | $6,278.33 |
| | Trailers | Trailers | | $6,204.83 |
| DFT7 | DIGITRAK | F5D 19/12 | | $6,000.00 |
| LS1 | | AURORA LOCATOR SCREEN | | $5,500.00 |
| TT1 | 1996 GREAT DANE | TOOL TRAILER WITH OFFICE | 1GRAA062XTB101023 | $5,500.00 |
| TT2 | 1986 TRMB | TOOL TRAILER WITH OFFICE | 1PT01DNH6G9004367 | $5,500.00 |
| BR36 | SDT | 12IN COBBLE REAMER | | $5,320.91 |
| BR32 | SDT | 16IN WING REAMER | | $5,146.40 |
| BK2 | EM | 36IN BUCKET FOR PCII | | $5,000.00 |
| BOW1 | BREAK OUT WRENCHES | 100X140 HYDRAULIC BOW | | $5,000.00 |
| BOW2 | BREAK OUT WRENCHES | 800X100 HYDRAULIC BOW | | $5,000.00 |
| BR12 | SDT | 30IN FLY CUTTER | | $5,000.00 |
| BR23 | SDT | 16IN BARREL REAMER | | $5,000.00 |
| DFT1 | DIGITRAK | F5D 19/12 | 30053120 | $5,000.00 |
| DFT2 | DIGITRAK | F5DPX 19/12 | 30061634 | $5,000.00 |
| DFT5 | DIGITRAK | F5D 19/12 | | $5,000.00 |
| DFT6 | DIGITRAK | F5D 19/12 | | $5,000.00 |
| DH2 | DITCH WITCH | RAIL HEAD/SONDE HOUSING | DW4020 | $5,000.00 |
| DH5 | VERMEER | DIRT DRILL HEAD/SONDE HOUSING | VD100X120 | $5,000.00 |
| DH7 | VERMEER | DIRT DRILL HEAD/SONDE HOUSING | V36X50 | $5,000.00 |
| OFFICE | MISC OFFICE EQUIP | | | $5,000.00 |
| PJ1 | SPY | | 785 785-1125 | $5,000.00 |
| PJ2 | SPY | | 780 780-4920 | $5,000.00 |
| PK19 | 2011 FORD | ECONOLINE | 1FBSSS3BL5BDB02034 | $5,000.00 |
| PT3 | BELSHE | PINTEL (DRILL TRL) | | $5,000.00 |
| PW | PIPE WRENCHES | REINFORCED 48-60 RIGID PIPE WRENCH | 12 TOTAL | $5,000.00 |
| RT1 | NESCO | 3 REEL | 1S9RF62D1F1078151 | $5,000.00 |
| | Military Truck | | | $5,000.00 |
| BR38 | SDT | 12IN MILL TOOTH ROLLER CONE | | $4,902.44 |
| RCB4 | VERMEER | 6.5 ROLLER CONE BIT | | $4,897.15 |
| DH12 | VERMEER | 5.5 GAUNTLET | | $4,850.00 |
| PDC6 | SDT | 5.5 PDC BIT | | $4,832.98 |
| PDC7 | SDT | 5.5 PDC BIT | | $4,832.98 |
| DH3 | DITCH WITCH | DIRT DRILL HEAD/SONDE HOUSING | DWJT25 | $4,750.00 |
| RCB3 | SDT | | | $4,654.12 |
| BR31 | SDT | 12IN WING REAMER | | $4,612.36 |
| BR21 | SDT | 14IN DIRT SPADE REAMER | | $4,500.00 |
| BR22 | SDT | 16IN FLY/SAND CUTTER/SPEAR | | $4,500.00 |
| BR25 | SDT | 12IN BARREL REAMER | | $4,500.00 |
| BR3 | SDF | 12IN 3-WING | | $4,500.00 |
| BR5 | DITCH WITCH | 20IN 3 WING ROCK REAMER | | $4,500.00 |
| BR7 | SDF | 24IN SAND WHIP | | $4,500.00 |
| BR8 | SDF | 18IN MIX MASTER | | $4,500.00 |
| DH1 | DITCH WITCH | DIRT DRILL HEAD/SONDE HOUSING | DW4020 | $4,500.00 |
| ET1 | CM | ENCLOSED TRAILER | 49TCB1221D1009824 | $4,500.00 |
| FL2 | YALE | 6000LBS FORK LIFT (GAS) | | $4,500.00 |
| STA2 | GRAPPLE | 88IN GRAPPLE BUCKET | | $4,500.00 |
| TT3 | ENCLOSED SEMI TRAILER | TOOL TRAILER | | $4,500.00 |
| BR40 | SDT | 16IN WING REAMER | | $4,482.69 |

| | | | | |
|---|---|---|---|---|
| DH4 | VERMEER | RAIL HEAD/SONDE HOUSING | DWJT25 | $4,250.00 |
| WEL3 | HOBART | HOBART 260 WELDER | | $4,250.00 |
| WEL4 | HOBART | HOBART 260 WELDER | | $4,250.00 |
| BOW3 | BREAK OUT WRENCHES | 40X55 MANUAL BOW | | $4,000.00 |
| BR4 | SDF | 16IN FLY/SAND CUTTER | | $4,000.00 |
| MEG1 | MIT515 | MEGGER | 94T2039 | $4,000.00 |
| MEG2 | MIT515 | MEGGER | 40D467 | $4,000.00 |
| TP2 | WACKER | 4IN TRASH PUMP | | $4,000.00 |
| WT1 | TRAILMASTER | 4000 GALLON | MC-312 MS | $4,000.00 |
| DH11 | ADTEC | 3.5  SONDE HOUSING | | $3,800.00 |
| WEL2 | LINCOLN | RANGER 250 WELDER | | $3,750.00 |
| FM1 | MCELROY | | 312 | $3,500.00 |
| PT2 | BELSHE | PINTEL (DRILL TRL) | 16JF01823T1028612 | $3,500.00 FPB |
| DH9 | SDT | ROCK HOUSING W/FSI BOX | 40X55DR | $3,416.26 |
| BR44 | SDT | 12IN CLAYWHIP | | $3,374.09 |
| BR45 | SDT | 12IN MIXMASTER | | $3,374.09 |
| RT2 | NESCO | 1 REEL | | $2,500.00 |
| SE1 | SDT | 60K SWIVEL | | $2,500.00 |
| SW3 | SDT | 60K SWIVEL | | $2,500.00 |
| BR9 | DITCH WITCH | 8IN 3 WING ROCK REAMER | | $2,200.00 |
| CD1 | HILTI | CORE DRILL | 743163RA | $2,000.00 |
| SW2 | SDT | 44K SWIVEL | | $1,525.00 |
| LS3 | DIGITRAK | MWD LOCATOR SCREN | | $1,500.00 |
| SW4 | SDT | 30K SWIVEL | | $1,500.00 |
| PPTRL1 | 2018 CARRY ON TRAILER | SMALL PORTAL POTTY TRAILER | 4YMBU0818JT058557 | $1,200.00 |
| PPTRL2 | 2019 CARRY ON TRAILER | SMALL PORTAL POTTY TRAILER | 4YMBU0718KT036318 | $1,200.00 |
| PPTRL3 | 2018 CARRY ON TRAILER | SMALL PORTAL POTTY TRAILER | 4YMBU0817JT058632 | $1,200.00 |
| PPTRL4 | 2019 CARRY ON TRAILER | SMALL PORTAL POTTY TRAILER | 4YMBUO818KT032283 | $1,200.00 |
| PS | SHBO | TWO 40FT PIPE STANDS | | $1,000.00 |
| JJ1 | Mi-T-M | JUMPING JACK | | $750.00 |

**Fill in this information to identify the case:**

Debtor name __Synergy HDD, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number (if known) __21-12518__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Arvest Bank**
Creditor's Name

**75 North East Street**
**Fayetteville, AR 72701**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**TAKEUCHI 2019 TL8 WITH ENCLOSED CAB HEAT &A/C**

Describe the lien
__Financing Statement__
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$23,457.28**
Value of collateral: **$40,000.00**

**2.2  First Pryority Bank**
Creditor's Name

**10632 S Memorial Dr**
**Tulsa, OK 74133**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Substantially all of Debtor's assets**

Describe the lien
__Financing Statement__
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$10,165,691.86**
Value of collateral: **$10,500,000.00**

Debtor   **Synergy HDD, Inc.**                                          Case number (if known)    **21-12518**
_____
Name

☑ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed

---

| 2.3 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $86,808.69 | $145,000.00 |

Creditor's Name

**KOMATSU 2018 PC170**

**8770 W Bryn Mawr Ave
Suite 1000
Chicago, IL 60631**
Creditor's mailing address

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?

☑ No
Creditor's email address, if known          ☐ Yes
Is anyone else liable on this claim?

Date debt was incurred                      ☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
☑ No                                    ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.4 | **Kubota Financial** | Describe debtor's property that is subject to a lien | $18,322.69 | $24,000.00 |

Creditor's Name

**2 KUBOTA SIDE BY SIDE**

**PO Box 2046
Grapevine, TX 76099**
Creditor's mailing address

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?

☑ No
Creditor's email address, if known          ☐ Yes
Is anyone else liable on this claim?

Date debt was incurred                      ☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an          As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
☑ No                                    ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$10,294,280.52**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   **Synergy HDD, Inc.**                                  Case number (if known)   **21-12518**
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Synergy HDD, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known) **21-12518**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**SEE ATTACHED** | **$694,620.00** | **$694,620.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A&E Construction Supply, Inc.**<br>**54090 Loren Drive**<br>**Mankato, MN 56001** | **$65,491.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Adtech, Inc.**<br>**29393 Hwy 59**<br>**Wayne, OK 73095** | **$43,806.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.35 |
|---|---|---|---|

**Agri Drain**
PO Box 458
Adair, IA 50002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.37 |
|---|---|---|---|

**Airgas USA, LLC**
PO Box 1152
Tulsa, OK 74101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351,427.66 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1002**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Ayers Transport**
160 New Britain Blvd
Chalfont, PA 18914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bianchi Electric, LLC**
6325 Digital Way
Suite 460
Indianapolis, IN 46278

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,800.00 |
|---|---|---|---|

**Big Chief Construction**
31487 State Highway 37
Hinton, OK 73047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,268.33 |
|---|---|---|---|

**Bowles Rice**
PO Box 1386
Charleston, WV 25325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Synergy HDD, Inc.**
_____
Name

Case number (if known) __21-12518__

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,853.70 |
|---|---|---|---|

**Camrock Oil & Supply**
**PO Box 2407**
**Elk City, OK 73648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,364.79 |
|---|---|---|---|

**CL Boyd**
**P.O Box 26427**
**Oklahoma City, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,825.00 |
|---|---|---|---|

**CM Construction**
**2430 S Commerce**
**Ardmore, OK 73401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,660.75 |
|---|---|---|---|

**CNA Insurance**
**151 N Franklin Street**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341,204.52 |
|---|---|---|---|

**Cross Country Infrastructure Services US**
**15800 Export Plaza Drive**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,514.45 |
|---|---|---|---|

**Custer City Public Works Authority**
**PO Box 8**
**Custer City, OK 73639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,493.26 |
|---|---|---|---|

**Dillingham Insurance**
**2402 W Willow Road**
**Enid, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Ditch Witch of Oklahoma**
9000 North I-35 Service
Oklahoma Cirty, OK 73131

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$370,871.70

---

**3.18** | Nonpriority creditor's name and mailing address

**Divide Cattle Company LLC**
PO Box 326
Cross Plains, TX 76433

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$7,438.80

---

**3.19** | Nonpriority creditor's name and mailing address

**Double L Tires**
313 S. Morgan Rd
Oklahoma City, OK 73128

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$26,649.75

---

**3.20** | Nonpriority creditor's name and mailing address

**DrilRite Chemical LLC**
702 Blackjack St
Winnsboro, TX 75494

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$27,746.00

---

**3.21** | Nonpriority creditor's name and mailing address

**Enterprise Rental Car - EHI Holdings**
P.O. Box 843369
Kansas City, MO 64184

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$58,000.00

---

**3.22** | Nonpriority creditor's name and mailing address

**EnviroCon Systems, Inc.**
1910 Rankin Road
Houston, TX 77073

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$64,466.60

---

**3.23** | Nonpriority creditor's name and mailing address

**Evolution Drilling Tools, Inc.**
1724 FM
Quanah, TX 79252

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$113,236.32

---

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,633.23 |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,998.00 |
|---|---|---|---|

**Gallagher Insurance**
**1300 South Main**
**Tulsa, OK 74133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,587.72 |
|---|---|---|---|

**Garrison Brothers Pipe & Used Equipment**
**PO Box 1026**
**El Reno, OK 73036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**GP Rents**
**90 County Road**
**Davis, OK 73030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,127.00 |
|---|---|---|---|

**Hamm Law Group**
**3000 N. Garfield**
**Suite 205**
**Midland, TX 79705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,366.11 |
|---|---|---|---|

**Hampel Oil**
**PO Box 875477**
**Kansas City, MO 64187-5477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,520.65 |
|---|---|---|---|

**Hartzog Conger Cason**
**201 Robert S Kerr Ave**
**Suite 1600**
**Oklahoma City, OK 73102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Health Care One**
1900 S. Country Club Rd
El Reno, OK 73036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Hounds Safety Training and Consulting In**
901 SE 29th St.
Oklahoma City, OK 73129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,263.00 |
|---|---|---|---|

**ICW Group Insurance Company**
PO Box 509039
San Diego, CA 92150-9039

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852,073.22 |
|---|---|---|---|

**Kirby Smith Machinery**
6715 W Reno Ave
Oklahoma City, OK 73127

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,769.59 |
|---|---|---|---|

**Lone Star Trencher Parts, LLC**
10157 IH 35 N
Suite A
San Antonio, TX 78233

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,250.00 |
|---|---|---|---|

**M Hernandez Trucking, LLC**
6412 South Douglas Ave
Oklahoma City, OK 73139

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MA Mortenson Company**
700 Meadow Lane North
Minneapolis, MN 55422

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Synergy HDD, Inc.**                                      Case number (if known)    **21-12518**
_____
Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | **$134.15** |
| | **McDonald Welding Supply, Inc.** | |
| | 1110 College Ave | |
| | Snyder, TX 79549 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | **$11,500.00** |
| | **Michael L Mettry CPA** | |
| | 2525 NW Expressway | |
| | Oklahoma City, OK 73112 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | **$807.75** |
| | **Midwest Hose & Specialty, Inc.** | |
| | P.O. Box 96558 | |
| | Oklahoma City, OK 73143 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | **$816.32** |
| | **Mobile Mini Solutions** | |
| | 4646 E Van Buren St | |
| | Suite 400 | |
| | Phoenix, AZ 85008 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | **$118.00** |
| | **Morris, Laing, Evans, Brock & Kennedy Ch** | |
| | 300 N. Mead | |
| | Suite 200 | |
| | Wichita, KS 67202-2745 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | **$3,338.21** |
| | **NAPA Auto Parts E & A Auto LLC** | |
| | 207 East Main | |
| | Davis, OK 73030 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | **$359,035.81** |
| | **Ozzies, Inc.** | |
| | 7102 West Sherman Street | |
| | Phoenix, AZ 85043 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Synergy HDD, Inc.**

Name

Case number (if known) **21-12518**

| | | |
|---|---|---|
| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $28,101.74 |
| | **Penman Services**<br>PO Box 597<br>Knox City, TX 79529 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $64,417.12 |
| | **Phillips 66 Fleet**<br>PO Box 639<br>Portland, ME 04104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $127,005.00 |
| | **Primo's Group Transportation LLC**<br>17901 SE 95th St<br>Newalla, OK 74857 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $12,310.55 |
| | **Rainmaker Sales, Inc.**<br>7251 Highway 177<br>Shawnee, OK 74804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $6,321.50 |
| | **Ratliff Accounting**<br>P.O. Box 98<br>El Reno, OK 73036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $420,473.75 |
| | **RES America Construction, Inc.**<br>11101 W 120th Ave<br>Suite 400<br>Broomfield, CO 80021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $71,449.82 |
| | **Right Turn Supply, LLC**<br>PO Box 840<br>Pella, IA 50219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

RIP Pest Control
1615 US Hwy 66
Suite A
El Reno, OK 73036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,024.85 |
|---|---|---|---|

SITECH Texoma, Inc.
6800 S FM 1788
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,625.00 |
|---|---|---|---|

South Canadian Construction LLC
13186  Old 66 Road
Hinton, OK 73047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,832.95 |
|---|---|---|---|

Specialty Drilling Tools
P.O. Box 96273
Oklahoma City, OK 73143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271,571.91 |
|---|---|---|---|

SPS Energy Services, LLC
PO Box 664
Houston, TX 78023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.06 |
|---|---|---|---|

Sterling
PO Box 35626
Newark, NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,970.31 |
|---|---|---|---|

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Synergy HDD, Inc.**                                      Case number (if known)    **21-12518**
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542.50 |
|---|---|---|---|

**Sunstate Equipment Co., LLC**
P.O. Box 52581
Phoenix, AZ 85072-2581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.80 |
|---|---|---|---|

**Supply House Industrial Products**
PO Box 10188
Burbank, CA 91510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,503.00 |
|---|---|---|---|

**Triple J Communications, LLC**
PO Box 2743
Woodward, OK 73082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,699.66 |
|---|---|---|---|

**Tulsa Rig Iron**
4457 W. 151st Street S.
Kiefer, OK 74041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**UniFirst Holdings, Inc.**
2130 E. California Ave
Oklahoma City, OK 73117

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United Casualty and Surety Insurance Co**
292 Newbury Street
#105
Boston, MA 02115

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Indemnity Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**US Small Business Administration**
14925 Kinsport Road
Forth Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
| --- | --- | --- | --- |
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.55 |
| --- | --- | --- | --- |

**Vermeer All Roads**
925 Merritt Blvd
Baltimore, MD 21222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618,786.57 |
| --- | --- | --- | --- |

**Vermeer Great Plains, Inc.**
8300 N I 35 Service Rd
Oklahoma City, OK 73131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Wanzek Construction, Inc.**
4850 32nd Ave S
Fargo, ND 58104

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,259.68 |
| --- | --- | --- | --- |

**Warren Cat**
PO Box 842116
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,259.25 |
| --- | --- | --- | --- |

**Weatherford Press, Inc.**
P.O. Box 754
Weatherford, OK 73096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,443.12 |
| --- | --- | --- | --- |

**WECS Electric Supply Inc**
PO Box 580278
North Palm Springs, CA 92258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,857.00 |
| --- | --- | --- | --- |

**Wheeler Chevrolet of Hinton Inc**
5415 N Broadway Ave
Hinton, OK 73047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Synergy HDD, Inc. | Case number (if known) | 21-12518 |
|--------|-------------------|------------------------|----------|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,603.80 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Wheeler Ford**
**700 N Glenn L English St**
**New Cordell, OK 73632**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,267.03 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Williams Scotsman, Inc.**
**PO Box 91975**
**Chicago, IL 60693-1975**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Worldwide Rental Services**
**P.O. Box 172363**
**Denver, CO 80217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 694,620.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,206,083.63 |
| 5c. Total of Parts 1 and 2 | 5c. | $ | 6,900,703.63 |
| Lines 5a + 5b = 5c. | | | |

SCHEDULE E/F ATTACHMENT FOR LINE 2.1

## Synergy HDD & Underground

| No. | Name | Wages | Per Diem | Total |
|---|---|---|---|---|
| 1 | Acevedo, David | $3,385.00 | $ 1,600.00 | $ 4,985.00 |
| 2 | Adams, Paul | $1,753.13 | $ 600.00 | $ 2,353.13 |
| 3 | Adams, Rylan | $2,114.75 | $ 800.00 | $ 2,914.75 |
| 4 | Aguirre, Herman L | $2,403.38 | $ 1,600.00 | $ 4,003.38 |
| 5 | Aimes, Derrik J | $826.63 | $ 400.00 | $ 1,226.63 |
| 6 | Alvrez, Aristeo | $2,057.00 | $ 1,000.00 | $ 3,057.00 |
| 7 | Anchondo, Cristian | $2,882.50 | $ 1,300.00 | $ 4,182.50 |
| 8 | Autry, Cody M | $1,693.13 | $ 400.00 | $ 2,093.13 |
| 9 | Avila Castillo, Nelvy | $1,212.30 | $ 560.00 | $ 1,772.30 |
| 10 | Badillo, Pedro | $4,803.13 | $ 1,600.00 | $ 6,403.13 |
| 11 | Badillo, Ricardo | $3,266.13 | $ 1,280.00 | $ 4,546.13 |
| 12 | Beasley, Joshua D | $2,667.50 | $ 1,600.00 | $ 4,267.50 |
| 13 | Beckley, James B | $3,043.75 | $ 1,300.00 | $ 4,343.75 |
| 14 | Beliew, Tanner | $2,495.00 | $ 1,300.00 | $ 3,795.00 |
| 15 | Boling, Clayton | $4,353.13 | $ 1,600.00 | $ 5,953.13 |
| 16 | Bonham, Brett S | $2,334.63 | $ 800.00 | $ 3,134.63 |
| 17 | Brenem, Kaleb | $3,962.50 | $ 1,500.00 | $ 5,462.50 |
| 18 | Bryant, David M | $3,677.50 | $ 1,500.00 | $ 5,177.50 |
| 19 | Buckles, Matthew P | $5,025.00 | $ 1,600.00 | $ 6,625.00 |
| 20 | Bush, Thomas | $3,570.75 | $ 562.59 | $ 4,133.34 |
| 21 | Cadena Alegria, Hugo J | $2,661.75 | $ 1,400.00 | $ 4,061.75 |
| 22 | Cantu, Gerardo | $1,968.08 | $ 560.00 | $ 2,528.08 |
| 23 | Cantu, Oscar | $1,564.50 | $ 700.00 | $ 2,264.50 |
| 24 | Carranza, Francisco C C | $1,956.25 | $ 1,000.00 | $ 2,956.25 |
| 25 | Carranza, Mike | $1,362.50 | $ 1,000.00 | $ 2,362.50 |
| 26 | Carriger, Cera A | $2,708.33 | $ 1,600.00 | $ 4,308.33 |
| 27 | Castillo, Eduardo | $2,645.00 | $ 1,600.00 | $ 4,245.00 |
| 28 | Cenobio, Bernabe R | $3,800.25 | $ 1,300.00 | $ 5,100.25 |
| 29 | Cervants, Andre | $4,552.88 | $ 1,500.00 | $ 6,052.88 |
| 30 | Chavez, Cesar | $2,486.25 | $ 1,200.00 | $ 3,686.25 |
| 31 | Chavez, Efrain | $820.25 | $ 560.00 | $ 1,380.25 |
| 32 | Chavez, Jonathan | $1,500.75 | $ - | $ 1,500.75 |
| 33 | Chavez, Jose L | $3,614.75 | $ 1,280.00 | $ 4,894.75 |
| 34 | Chavez, Julio c | $2,073.38 | $ 800.00 | $ 2,873.38 |
| 35 | Chavez-Rojo, Noe N | $2,697.75 | $ 1,200.00 | $ 3,897.75 |
| 36 | Clark, Ryan | $2,715.75 | $ 1,120.00 | $ 3,835.75 |
| 37 | Compean, Cindy | $1,143.00 | $ 700.00 | $ 1,843.00 |
| 38 | Contreras, Miguel A | $148.75 | $ 160.00 | $ 308.75 |
| 39 | Corona, Guillermo | $1,435.50 | $ 720.00 | $ 2,155.50 |
| 40 | Cortez, Jeremy | $1,800.00 | $ 900.00 | $ 2,700.00 |
| 41 | Cox, Landon | $1,745.13 | $ 800.00 | $ 2,545.13 |
| 42 | Cox, William L | $3,790.13 | $ 1,400.00 | $ 5,190.13 |
| 43 | Cross, Christopher | $3,836.08 | $ 1,600.00 | $ 5,436.08 |

| | | | | | |
|---|---|---|---|---|---|
| 44 | Dantoni-Rule, Jordan | $2,866.63 | $ | 1,300.00 | $ | 4,166.63 |
| 45 | Davis, Joseph | $1,938.00 | $ | 900.00 | $ | 2,838.00 |
| 46 | Diaz, Brian | $4,492.13 | $ | 1,400.00 | $ | 5,892.13 |
| 47 | Diaz, Narberto | $1,854.00 | $ | 900.00 | $ | 2,754.00 |
| 48 | Diaz-Soto, Marcelo | $4,397.63 | $ | 1,280.00 | $ | 5,677.63 |
| 49 | Dorer, Kanyon | $416.00 | $ | 160.00 | $ | 576.00 |
| 50 | Elizalde, Artemio | $537.50 | $ | 300.00 | $ | 837.50 |
| 51 | Epps, Edward  C | $922.25 | $ | 560.00 | $ | 1,482.25 |
| 52 | Escobedo, Rojelio | $2,646.00 | $ | 900.00 | $ | 3,546.00 |
| 53 | Faglie, Jack | $1,023.50 | $ | 700.00 | $ | 1,723.50 |
| 54 | Farr, Brad  M | $5,112.25 | $ | 1,600.00 | $ | 6,712.25 |
| 55 | Fernandez, Gilardo | $3,506.63 | $ | 1,300.00 | $ | 4,806.63 |
| 56 | Fernandez, Jose | $3,600.00 | $ | 1,300.00 | $ | 4,900.00 |
| 57 | Fernandez, Manuel | $2,668.50 | $ | 1,300.00 | $ | 3,968.50 |
| 58 | Fernandez, Miguel | $2,441.25 | $ | 1,300.00 | $ | 3,741.25 |
| 59 | Fernandez, Miguel A  A | $1,780.75 | $ | 720.00 | $ | 2,500.75 |
| 60 | Fierro, Victor  M | $3,444.25 | $ | 1,800.00 | $ | 5,244.25 |
| 61 | Fife, Jesse  M | $2,916.67 | $ | 1,600.00 | $ | 4,516.67 |
| 62 | Flores, Gil | $3,323.50 | $ | 1,280.00 | $ | 4,603.50 |
| 63 | Flores, Hector | $4,362.50 | $ | 1,600.00 | $ | 5,962.50 |
| 64 | Flores, Miguel | $5,669.50 | $ | 1,600.00 | $ | 7,269.50 |
| 65 | Flores Rojas, Juan  M | $2,968.75 | $ | 1,280.00 | $ | 4,248.75 |
| 66 | Fuller, Isaac  J | $1,057.50 | $ | 560.00 | $ | 1,617.50 |
| 67 | Fuller, Jacob  L | $726.00 | $ | 210.00 | $ | 936.00 |
| 68 | Fuller, Marcus | $2,334.37 | $ | 1,600.00 | $ | 3,934.37 |
| 69 | Gaines, Braxton | $1,530.00 | $ | 720.00 | $ | 2,250.00 |
| 70 | Garcia, Jesus | $3,085.50 | $ | 1,600.00 | $ | 4,685.50 |
| 71 | Garcia, Patricio | $2,623.50 | $ | 1,280.00 | $ | 3,903.50 |
| 72 | Gaytan, Adrian | $5,014.75 | $ | 1,600.00 | $ | 6,614.75 |
| 73 | Gilberto, Gutierrez | $4,802.00 | $ | 1,280.00 | $ | 6,082.00 |
| 74 | Gomez, Carlos  G | $2,662.63 | $ | 1,280.00 | $ | 3,942.63 |
| 75 | Gonzales, Curtis | $2,276.00 | $ | 1,040.00 | $ | 3,316.00 |
| 76 | Gonzales, David  R | $2,131.38 | $ | 1,120.00 | $ | 3,251.38 |
| 77 | Gonzalez-Chavez, Omar | $4,316.63 | $ | 1,500.00 | $ | 5,816.63 |
| 78 | Granados, Irai | $189.00 | $ | - | $ | 189.00 |
| 79 | Guerreo Pineda, Jose | $4,323.00 | $ | 1,600.00 | $ | 5,923.00 |
| 80 | Guzman, Carlos  F | $2,320.38 | $ | - | $ | 2,320.38 |
| 81 | Harris, Robert  L | $5,065.63 | $ | 1,600.00 | $ | 6,665.63 |
| 82 | Hayden, David | $3,276.00 | $ | 1,600.00 | $ | 4,876.00 |
| 83 | Hennesy, Samuel | $2,614.50 | $ | 1,600.00 | $ | 4,214.50 |
| 84 | Hernandez, Miguel | $3,962.50 | $ | 1,280.00 | $ | 5,242.50 |
| 85 | Higdon, Bryant | $2,638.63 | $ | 1,600.00 | $ | 4,238.63 |
| 86 | Higgins, Jared | $2,658.38 | $ | 1,600.00 | $ | 4,258.38 |
| 87 | Hoffmeyer, William  C | $4,104.75 | $ | 1,600.00 | $ | 5,704.75 |
| 88 | Huitron, Alexandro | $2,315.25 | $ | 900.00 | $ | 3,215.25 |
| 89 | Ivich, Ruben | $2,694.50 | $ | 1,800.00 | $ | 4,494.50 |

| | | | | | |
|---|---|---|---|---|---|
| 90 | Jackson, Nicholas  L | $1,427.38 | $ | 800.00 | $ | 2,227.38 |
| 91 | Juarez, Pedro  S | $2,095.25 | $ | 1,120.00 | $ | 3,215.25 |
| 92 | Justice, Dustin  R | $25.00 | $ | 30.00 | $ | 55.00 |
| 93 | Key, Bailey | $969.00 | $ | 150.00 | $ | 1,119.00 |
| 94 | Kubicek, Brandon  L | $5,384.38 | $ | 1,600.00 | $ | 6,984.38 |
| 95 | Kubicek, Brent | $5,000.00 | $ | - | $ | 5,000.00 |
| 96 | Leal, John  T | $4,166.67 | $ | 1,600.00 | $ | 5,766.67 |
| 97 | Leal, Rene | $4,200.00 | $ | 1,400.00 | $ | 5,600.00 |
| 98 | Lee, Matthew | $3,995.00 | $ | 1,860.00 | $ | 5,855.00 |
| 99 | Leonard, Clayton | $1,580.25 | $ | 1,280.00 | $ | 2,860.25 |
| 100 | Lewis, Jordan  A | $1,415.63 | $ | 270.00 | $ | 1,685.63 |
| 101 | Lopez, Daniel | $5,400.50 | $ | 1,600.00 | $ | 7,000.50 |
| 102 | Lopez, Dennis  A | $4,238.50 | $ | 1,300.00 | $ | 5,538.50 |
| 103 | Lopez, Jaime | $2,446.50 | $ | 1,000.00 | $ | 3,446.50 |
| 104 | Lopez, Juan  O | $1,176.00 | $ | 400.00 | $ | 1,576.00 |
| 105 | Lopez, Pedro  J | $926.50 | $ | 1,120.00 | $ | 2,046.50 |
| 106 | Lopez Gomez, Antonio | $2,074.50 | $ | 1,300.00 | $ | 3,374.50 |
| 107 | Luna, Timothy  J | $2,934.38 | $ | 1,200.00 | $ | 4,134.38 |
| 108 | Macias, Emilio | $1,446.00 | $ | 720.00 | $ | 2,166.00 |
| 109 | Mares, Gabriel | $2,169.63 | $ | 1,400.00 | $ | 3,569.63 |
| 110 | Martinez, Iraan | $1,228.13 | $ | 560.00 | $ | 1,788.13 |
| 12 | Beasley, Joshua  D | $2,667.50 | $ | 1,600.00 | $ | 4,267.50 |
| 13 | Beckley, James  B | $3,043.75 | $ | 1,300.00 | $ | 4,343.75 |
| 14 | Beliew, Tanner | $2,495.00 | $ | 1,300.00 | $ | 3,795.00 |
| 15 | Boling, Clayton | $4,353.13 | $ | 1,600.00 | $ | 5,953.13 |
| 16 | Bonham, Brett  S | $2,334.63 | $ | 800.00 | $ | 3,134.63 |
| 17 | Brenem, Kaleb | $3,962.50 | $ | 1,500.00 | $ | 5,462.50 |
| 18 | Bryant, David  M | $3,677.50 | $ | 1,500.00 | $ | 5,177.50 |
| 19 | Buckles, Matthew  P | $5,025.00 | $ | 1,600.00 | $ | 6,625.00 |
| 20 | Bush, Thomas | $3,570.75 | $ | 562.59 | $ | 4,133.34 |
| 21 | Cadena Alegria, Hugo  J | $2,661.75 | $ | 1,400.00 | $ | 4,061.75 |
| 22 | Cantu, Gerardo | $1,968.08 | $ | 560.00 | $ | 2,528.08 |
| 23 | Cantu, Oscar | $1,564.50 | $ | 700.00 | $ | 2,264.50 |
| 24 | Carranza, Francisco C  C | $1,956.25 | $ | 1,000.00 | $ | 2,956.25 |
| 25 | Carranza, Mike | $1,362.50 | $ | 1,000.00 | $ | 2,362.50 |
| 26 | Carriger, Cera  A | $2,708.33 | $ | 1,600.00 | $ | 4,308.33 |
| 27 | Castillo, Eduardo | $2,645.00 | $ | 1,600.00 | $ | 4,245.00 |
| 28 | Cenobio, Bernabe  R | $3,800.25 | $ | 1,300.00 | $ | 5,100.25 |
| 29 | Cervants, Andre | $4,552.88 | $ | 1,500.00 | $ | 6,052.88 |
| 30 | Chavez, Cesar | $2,486.25 | $ | 1,200.00 | $ | 3,686.25 |
| 31 | Chavez, Efrain | $820.25 | $ | 560.00 | $ | 1,380.25 |
| 32 | Chavez, Jonathan | $1,500.75 | $ | - | $ | 1,500.75 |
| 33 | Chavez, Jose  L | $3,614.75 | $ | 1,280.00 | $ | 4,894.75 |
| 34 | Chavez, Julio  c | $2,073.38 | $ | 800.00 | $ | 2,873.38 |
| 35 | Chavez-Rojo, Noe  N | $2,697.75 | $ | 1,200.00 | $ | 3,897.75 |
| 36 | Clark, Ryan | $2,715.75 | $ | 1,120.00 | $ | 3,835.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 136 | Pena, Jose A  A | $3,603.00 | $ | 1,300.00 | $ | 4,903.00 |
| 137 | Pena, Jose V  V | $2,715.75 | $ | 1,040.00 | $ | 3,755.75 |
| 138 | Perez, Guillermo  M | $3,570.63 | $ | 1,600.00 | $ | 5,170.63 |
| 139 | Plascencia Paredes, Christian | $1,593.00 | $ | 720.00 | $ | 2,313.00 |
| 140 | Posey, Matt | $2,605.50 | $ | 1,300.00 | $ | 3,905.50 |
| 141 | Primrose, Shylar | $5,171.88 | $ | 1,600.00 | $ | 6,771.88 |
| 142 | Pryor, Turner | $312.50 | $ | 100.00 | $ | 412.50 |
| 143 | Rangel, Carlos | $2,993.31 | $ | 1,400.00 | $ | 4,393.31 |
| 144 | Rea - Barbosa, Carlos | $2,232.00 | $ | 1,300.00 | $ | 3,532.00 |
| 145 | Resendiz - Ramirez, Honorio | $2,306.25 | $ | 1,120.00 | $ | 3,426.25 |
| 146 | Reyes, Alex  R | $2,022.50 | $ | 390.00 | $ | 2,412.50 |
| 147 | Reyes, Luis  A | $925.00 | $ | 700.00 | $ | 1,625.00 |
| 148 | Reyes, Miguel | $2,116.50 | $ | 1,280.00 | $ | 3,396.50 |
| 149 | Reyes Fernandez, Juan  C | $2,042.00 | $ | 1,120.00 | $ | 3,162.00 |
| 150 | Rivera, Gaspar | $2,351.25 | $ | 800.00 | $ | 3,151.25 |
| 151 | Rivera, Raul | $3,075.00 | $ | 1,400.00 | $ | 4,475.00 |
| 152 | Robertson, Tanner  D | $3,541.67 | $ | - | $ | 3,541.67 |
| 153 | Rodriguez, Jesus  A | $1,542.75 | $ | 720.00 | $ | 2,262.75 |
| 154 | Rodriguez, Teodoro | $3,815.00 | $ | 1,600.00 | $ | 5,415.00 |
| 155 | Rojas, Jerry  S | $5,511.31 | $ | 1,600.00 | $ | 7,111.31 |
| 156 | Rojo Chavez, Jonathan | $1,130.50 | $ | 720.00 | $ | 1,850.50 |
| 157 | Rojo Resendiz, Jose Luis | $1,305.00 | $ | 720.00 | $ | 2,025.00 |
| 158 | Saravique Portillo, Jorge | $2,666.25 | $ | 1,300.00 | $ | 3,966.25 |
| 159 | Seaman Jr, James  E | $4,669.00 | $ | 1,600.00 | $ | 6,269.00 |
| 160 | Segrest, Allen | $6,205.50 | $ | - | $ | 6,205.50 |
| 161 | Snow, Garrett  B | $6,681.25 | $ | 1,600.00 | $ | 8,281.25 |
| 162 | Spence, Tina  L | $1,875.00 | $ | - | $ | 1,875.00 |
| 163 | Spencer, Austin | $3,201.00 | $ | 1,600.00 | $ | 4,801.00 |
| 164 | Sullivan, George  C | $4,612.50 | $ | - | $ | 4,612.50 |
| 165 | Sulser, Logan | $4,303.00 | $ | 1,600.00 | $ | 5,903.00 |
| 166 | Szewil, Dillon  J | $4,532.63 | $ | 1,300.00 | $ | 5,832.63 |
| 167 | Tello, Luis  G | $3,265.63 | $ | 1,300.00 | $ | 4,565.63 |
| 168 | Tello, Ramiro | $3,518.75 | $ | 1,300.00 | $ | 4,818.75 |
| 169 | Thome, Joel  A | $4,375.00 | $ | 1,600.00 | $ | 5,975.00 |
| 170 | Thome, Jon  W | $4,878.75 | $ | 1,600.00 | $ | 6,478.75 |
| 171 | Tolleson, Ethan | $1,620.00 | $ | 1,600.00 | $ | 3,220.00 |
| 172 | Turrentine, Brennan | $1,704.25 | $ | 900.00 | $ | 2,604.25 |
| 173 | Velez, Destyn  T | $3,181.25 | $ | 1,200.00 | $ | 4,381.25 |
| 174 | Wesley, LaQuentin | $3,564.00 | $ | 1,300.00 | $ | 4,864.00 |
| 175 | Westervelt, Duston | $3,594.38 | $ | - | $ | 3,594.38 |
| 176 | Wilkerson, Michael  D | $2,837.50 | $ | 1,600.00 | $ | 4,437.50 |
| 177 | Williams, Cody | $1,561.50 | $ | 640.00 | $ | 2,201.50 |
| 178 | Zamarripa, Gustavo | $2,917.50 | $ | 1,300.00 | $ | 4,217.50 |
| 179 | Zamarripa-Dominguez, Gustavo | $825.00 | $ | 400.00 | $ | 1,225.00 |
| 180 | Zuniga, Sergio | $1,323.00 | $ | 720.00 | $ | 2,043.00 |
| | | $498,147.99 | | $196,472.59 | | $694,620.58 |

| Fill in this information to identify the case: |
| --- |

Debtor name __Synergy HDD, Inc.__

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) __21-12518__

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Ranchland Wind Project | |
| --- | --- | --- | --- |
| | State the term remaining | | Bianchi Electric, LLC 6325 Digital Way Suite 460 Indianapolis, IN 46278 |
| | List the contract number of any government contract | _____ | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Neosho Ridge Wind Project | |
| --- | --- | --- | --- |
| | State the term remaining | | Bianchi Electric, LLC 6325 Digital Way Suite 460 Indianapolis, IN 46278 |
| | List the contract number of any government contract | _____ | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Bearkat 2 Wind Farm | |
| --- | --- | --- | --- |
| | State the term remaining | | Black & McDonald, Inc. 31 Pullman Court Scarborough, Ontario MIX IE4 Canada |
| | List the contract number of any government contract | _____ | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Ranch Sands Project | |
| --- | --- | --- | --- |
| | State the term remaining | | MA Mortenson Company 700 Meadow Lane North Minneapolis, MN 55422 |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | Synergy HDD, Inc. | | | Case number (if known) | 21-12518 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Rock Haven Project | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | MA Mortenson Company<br>700 Meadow Lane North<br>Minneapolis, MN 55422 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Traverse Wind Project | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RES America Construction, Inc.<br>11101 W 120th Ave<br>Suite 400<br>Broomfield, CO 80021 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT dated 7/14/2021 Bay Trail Solar Project | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WANZEK CONSTRUCTION, INC.<br>4850 32nd Ave. S.<br>Fargo, ND 58104 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | King Creek Wind Project | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Wanzek Construction, Inc.<br>4850 32nd Ave S<br>Fargo, ND 58104 |

**Fill in this information to identify the case:**

Debtor name __Synergy HDD, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number (if known) __21-12518__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dustin Wheeler | | Arvest Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Dustin Wheeler | | First Pryority Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Dustin Wheeler | | Komatsu Financial | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Dustin Wheeler | | Kubota Financial | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Dustin Wheeler | | American Express | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

Debtor   **Synergy HDD, Inc.**                                   Case number *(if known)*   **21-12518**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.6 | **Dustin Wheeler** | **Kirby Smith Machinery** | ☐ D _____<br>■ E/F   **3.34**<br>☐ G _____ |
| 2.7 | **Dustin Wheeler** | **Worldwide Rental Services** | ☐ D _____<br>■ E/F   **3.74**<br>☐ G _____ |
| 2.8 | **Dustin Wheeler** | **Big Chief Construction** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Synergy HDD, Inc.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF OKLAHOMA

Case number (if known)      **21-12518**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:      Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$13,852,388.74** |
    | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$14,990,933.00** |
    | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$6,138,797.14** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Synergy HDD, Inc.**                                    Case number *(if known)*   **21-12518**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   SEE ATTACHED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Synergy v. Black & McDonald<br>20-CV-091-H | Collection | USDC, NDTX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   Synergy v. HTM Underground<br>CJ-2019-327 | Work rejection | District Court, Grady County, Oklahoma | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   Synergy v. Unifirst<br>01-21-0001-1803 | Breach of Contract | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Synergy HDD, Inc.**                                    Case number (if known)  **21-12518**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Synergy v. Sunstate<br>CJ-2020-602 | Collection | District Court, Canadian County, OK | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Synergy v. Reliant<br>ML | Collection | Doddridge County, West Virginia | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Rock of Restoration Church | Christmas donation | 12/15/2019 | $2,000.00 |
| | Recipients relationship to debtor<br>none | | | |

### Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Digitrack F5 Falcon Locator Unit was ran over | $23,894.25 | 12/9/2020 | $30,415.00 |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    Synergy HDD, Inc.                                                    Case number (if known)   21-12518

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fellers, Snider et al 100 N. Broadway, STE 1700 Oklahoma City, OK 73102-8820 | Attorney Fees | 9/15/2021 | $20,000.00 |
| | Email or website address smoriarty@fellerssnider.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 26129C West Access road Calumet, OK 73014 | 7/12/19-9/1/20 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor  Synergy HDD, Inc.                                              Case number (if known)  21-12518

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Synergy HDD, Inc.**                                                    Case number *(if known)*    **21-12518**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Dustin Wheeler** | **2019-2021** |
| 26a.2. | **Tanner Robertson** | **10/20-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Michael Mettry, CPA**<br>**2525 NW Expressway**<br>**Oklahoma City, OK 73112** | **2019-2020** |

Debtor  Synergy HDD, Inc.                                        Case number (if known)  21-12518

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Davis Ratliff, CPA<br>106 N. Rock Island Ave.<br>El Reno, OK 73036 | 2019-2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Dustin Wheeler<br>110 S. Walbaum Road<br>Calumet, OK 73014 | |
| 26c.2.  Michael Mettry<br>2525 NW Expressway<br>Oklahoma City, OK 73112 | |
| 26c.3.  Davis Ratliff<br>106 N. Rock Island Ave.<br>El Reno, OK 73036 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  First Pryority Bank<br>10632 S Memorial Dr<br>Tulsa, OK 74133 |
| 26d.2.  Ally Financial<br>440 South Church Street<br>Charlotte, NC 28202 |
| 26d.3.  American Express<br>PO Box 650448<br>Dallas, TX 75265 |
| 26d.4.  Dillingham Insurance<br>2402 W Willow Road<br>Enid, OK 73703 |
| 26d.5.  DLL Financial Solutions<br>111 Old Eagle School Road<br>Wayne, PA 19087 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    Synergy HDD, Inc.                                         Case number (if known)   21-12518

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Dustin Wheeler | | Manager | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 8, 2021

/s/ Dustin Wheeler                              Dustin Wheeler
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

SOFA ATTACHMENT FOR LINE 3

**Synergy HDD & Underground**
**Bill Payment List**
July - September, 2021

| Vendor | Address | Date | Num | Vendor | Amount |
|---|---|---|---|---|---|
| CPI Pipe & Steel Inc | 16544 OK-66, Yukon, OK 73099 | 07/20/2021 | 4952 | CPI Pipe & Steel, Inc. | -65,875.18 |
| Cross Country | 15800 Export Plaza Drive, Houston, TX 77032 | 08/11/2021 | 5005 | Cross Country Infrastructure Services USA, Inc. | -57,351.76 |
| Ditch Witch | 9000 North I-35 Service Road Oklahoma City OK 73131 | 07/23/2021 | 4957 | Ditch Witch of Oklahoma | -50,427.79 |
| Double L Tires | 313 S. Morgan Rd Oklahoma City Ok 73128 | 07/27/2021 | 4958 | Double L Tires | -20,385.47 |
| | | 08/06/2021 | 4972 | Double L Tires | -28,209.36 |
| EWRC | 1709 S Eastern Ave, Oklahoma City, OK 73129 | 08/06/2021 | 4972 | EWRC | -27,838.06 |
| Kirby Smith Machinery | 6715 W Reno Ave Oklahoma City OK 73127 | 07/14/2021 | 4753 | Kirby Smith Machinery | -90,192.20 |
| | | 07/21/2021 | 4953 | Kirby Smith Machinery | -29,650.15 |
| | | 08/13/2021 | 5007 | Kirby Smith Machinery | -140,474.73 |
| Leons Cargo Transport Services | 26515 Cedar Dr, Calumet, OK 73014 | 07/09/2021 | 4746 | Leons Cargo Transport Services | -13,178.88 |
| | | 08/23/2021 | 5031 | Leons Cargo Transport Services | -3,150.00 |
| | | 08/25/2021 | 5241 | Leons Cargo Transport Services | -3,150.00 |
| | | 09/10/2021 | 5239 | Leons Cargo Transport Services | -4,585.00 |
| M Hernandez Trucking, LLC | 6412 South Douglas Ave Oklahoma City OK 73139 | 09/02/2021 | 5230 | M Hernandez Trucking, LLC | -18,030.00 |
| Midtex Parts & Sales LLC | 14292 W US Highway 90 #3, San Antonio, TX 78245-9516 | 08/06/2021 | 4973 | Midtex Parts & Sales LLC | -11,081.00 |
| NAPA Auto Parts | P.O Box 429 Hinton OK 73047 | 08/13/2021 | 5021 | NAPA Auto Parts | -14,149.61 |
| | | 09/17/2021 | 6028 | NAPA Auto Parts | -8,178.09 |
| NAPA Auto Parts E & A Auto LLC | 207 East Main Davis OK 73030 US | 09/02/2021 | 5231 | NAPA Auto Parts E & A Auto LLC | -12,336.49 |
| Ozzies, Inc. | 7102 West Sherman Street Phoenix AZ 85043 | 08/11/2021 | 5020 | Ozzies, Inc. | -11,831.98 |
| Primo's Group Transportation LLC | 17901 SE 95th St Newalla OK 74857 | 07/12/2021 | 4749 | Primo's Group Transportation LLC | -15,990.00 |
| | | 07/23/2021 | 4954 | Primo's Group Transportation LLC | -17,700.00 |
| | | 08/02/2021 | 4960 | Primo's Group Transportation LLC | -30,180.00 |
| | | 08/13/2021 | 5006 | Primo's Group Transportation LLC | -39,000.00 |
| | | 09/02/2021 | 5087 | Primo's Group Transportation LLC | -38,010.00 |
| SPS Energy Services, LLC | PO Box 664 Helotes TX 78023 | 08/03/2021 | 4967 | SPS Energy Services, LLC | -153,031.18 |
| | | 09/02/2021 | wire | SPS Energy Services, LLC | -30,000.00 |
| Standard Testing | 3400 N Lincoln Blvd, Oklahoma City, OK 73105 | 07/09/2021 | 4747 | Standard Testing | -11,252.00 |
| Stuart C. Irby Company | 5500 SW 29th St, Oklahoma City, OK 73179 | 7/29/2021 | wire | Stuart C. Irby Company | -47,770.00 |
| Tesmec | 12520 E, FM917, Alvarado, TX 76009 | 08/13/2021 | wire | Tesmec | -140,000.00 |
| Vermeer Great Plains, Inc. | 8300 N I 35 Service Rd Oklahoma City OK 73131 United States | 07/16/2021 | 4950 | Vermeer Great Plains, Inc. | -50,816.60 |
| Worldwide Rental Services | P.O. Box 172363 Denver CO 80217 US | 08/11/2021 | 5019 | Worldwide Rental Services | -67,875.00 |
| Ally | 440 South Church Street Charlotte, NC 28202 USA | 9/21/2021 | | Ally | -1,004.29 |
| | | 9/21/2021 | | Ally | 1,004.29 |
| | | 9/15/2021 | | Ally | -2,757.61 |
| | | 9/14/2021 | | Ally | -2,757.61 |
| | | 9/14/2021 | | Ally | 2,757.61 |
| | | 9/10/2021 | | Ally | -1,179.97 |
| | | 9/7/2021 | | Ally | -2,888.97 |
| | | 9/3/2021 | | Ally | -1,054.66 |
| | | 8/31/2021 | | Ally | -1,469.02 |
| | | 8/27/2021 | | Ally | -1,086.62 |
| | | 8/24/2021 | | Ally | -1,179.70 |
| | | 8/24/2021 | | Ally | -1,129.44 |
| | | 8/19/2021 | | Ally | -1,004.29 |
| | | 8/17/2021 | | Ally | -787.82 |
| | | 8/13/2021 | | Ally | -2,757.61 |
| | | 8/10/2021 | | Ally | -1,179.97 |
| | | 8/6/2021 | | Ally | -1,054.66 |
| | | 8/4/2021 | | Ally | -2,888.97 |
| | | 8/2/2021 | | Ally | -1,469.02 |
| | | 7/27/2021 | | Ally | -494.35 |

| | | | | |
|---|---|---|---|---|
| | | 7/27/2021 | Ally | -1,086.62 |
| | | 7/27/2021 | Ally | -1,004.29 |
| | | 7/26/2021 | Ally | -1,129.44 |
| | | 7/26/2021 | Ally | -1,179.70 |
| | | 7/15/2021 | Ally | -790.08 |
| | | 7/13/2021 | Ally | -2,757.61 |
| | | 7/12/2021 | Ally | -1,179.97 |
| | | 7/7/2021 | Ally | -2,888.97 |
| | | 7/1/2021 | Ally | -1,469.02 |
| | | 6/29/2021 | Ally | -1,086.62 |
| | | 6/24/2021 | Ally | -1,129.44 |
| | | 6/24/2021 | Ally | -1,179.70 |
| | | 6/21/2021 | Ally | -1,004.29 |
| | | 6/21/2021 | Ally | -516.05 |
| Komatsu Financial | 8770 W Bryn Mawr Ave, Suite 100, Chicago, IL 60631 | 8/25/2021 | Komatsu Financial | -2,385.52 |
| | | 7/26/2021 | Komatsu Financial | -2,385.52 |
| | | 6/25/2021 | Komatsu Financial | -2,385.52 |
| American Express | PO Box 650448, Dallas, TX 75265 | 9/13/2021 | American Express | -429,429.14 |
| | | 9/3/2021 | American Express | -100,000.00 |
| | | 8/17/2021 | American Express | -100,000.00 |
| | | 8/10/2021 | American Express | -37,891.75 |
| | | 8/3/2021 | American Express | -207,212.09 |
| | | 7/12/2021 | American Express | -226,488.16 |
| | | 7/9/2021 | American Express | -100,000.00 |
| | | 6/29/2021 | American Express | -125,000.00 |
| First Pryority | 10632 S Memorial Dr Tulsa OK 74133 United States | 9/10/2021 | | -5,770.34 |
| | | 8/31/2021 | | -4,773.29 |
| | | 8/31/2021 | | -2,900.22 |
| | | 8/26/2021 | | -2,908.16 |
| | | 8/23/2021 | | -11,683.46 |
| | | 8/10/2021 | | -5,584.21 |
| | | 8/5/2021 | | -2,946.99 |
| | | 6/30/2021 | | -1,688.62 |
| | | 6/23/2021 | | -4,666.22 |
| | | 9/22/2021 | | -29,785.16 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

In re  __Synergy HDD, Inc.__ _____    Case No. _____

_____    Chapter __11__ _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | As approved by Court |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | As approved by Court |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Advise Debtor of its responsibilities in Chapter 11, including compliance with reporting requirements.
    e.  Negotiate and file a plan of reorganization.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__September 20, 2021__ _____

_Date_

/s/ Stephen J. Moriarty
**Stephen J. Moriarty 6410**
_Signature of Attorney_
**Fellers, Snider et al
100 N. Broadway, STE 1700
Oklahoma City, OK 73102-8820
405-232-0621  Fax: 405-232-9659
smoriarty@fellerssnider.com**
_Name of law firm_

---